# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130437

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VISION INFORMATION SERVICES, LLC,

Plaintiff-Appellee,

v

PHILLIP TOCCO,

Defendant-Appellant.

SC: 130437
COA: 258422
Genesee CC: 03-077252-CK

_____/

On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

l0522